104 So.2d 632

### Forrest R. CRIM
#### v.
### W. L. GILBERT.
**7 Div. 388.**

Supreme Court of Alabama.

July 24, 1958.

Arthur D. Shores, Birmingham, for appellant.

Wales W. Wallace, Jr., Columbiana, for appellee.

COLEMAN, Justice.

There being no assignment of error "bound with the transcript," an order of affirmance is due to be entered; and it is so ordered. Code 1940, Tit. 7, Appendix, Rule 1, Rules of Practice in the Supreme Court; Wetzel v. Hobbs, 249 Ala. 434, 31 So.2d 639; Halle v. Brooks, 209 Ala. 486, 96 So. 341; Nichols v. Hardegree, 202 Ala. 132, 79 So. 598; Dobson v. Deason, 258 Ala. 219, 61 So.2d 764; 2 Ala.Dig., Appeal and Error, ☜753(2).

Affirmed.

LAWSON, SIMPSON, and MERRILL, JJ., concur.